UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LOURENCO GONCALVES and CLEVELAND-CLIFFS INC., | ) ) ) ) | Case No. 1:24-cv-00673-JEG |
| Plaintiffs, | ) ) ) | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| v. | ) ) ) | |
| GORDON JOHNSON, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' PRELIMINARY ESTIMATE OF FEES AND EXPENSES**

The following is a preliminary estimate and itemization of the expected attorney fees and costs of Plaintiffs Cleveland-Cliffs Inc. and Lourenco Goncalves anticipated to be the subject of a claim in this case.

| Attorney's Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigation & Filing Complaint | $55,000 | Depositions | $20,000 |
| Procedural Motions Practice | $15,000 to $30,000 | Experts | $40,000 |
| Discovery | $75,000 to $400,000 | Witness Fees | $5,000 |
| Dispositive Motions Practice | $50,000 to $100,000 | Other | $10,000 |
| Settlement Negotiations | $10,000 to $40,000 | | |
| TOTAL FEES | $205,000 – 625,000 | TOTAL COSTS | $75,000 |

Plaintiffs will provide a revised estimate in the event that a trial is required after dispositive motions, though Plaintiffs preliminarily estimate that they could incur additional fees and costs of $300,000 – $600,000 in that event.

Dated: May 20, 2024          Respectfully submitted,

/s/ Kristin S.M. Morrison
Robert S. Faxon
Ohio State Bar No. 0059678
Kristin S.M. Morrison
Ohio State Bar No. 0085004
Caitlin M. Dunnett
Ohio State Bar No. 0102616
JONES DAY
North Point
901 Lakeside Ave.
Cleveland, Ohio 44114
Telephone: 216-586-3939
Facsimile: 216-579-0212
Email: rfaxon@jonesday.com
       kmorrison@jonesday.com
       cdunnett@jonesday.com

*Attorneys for Plaintiffs Lourenco Goncalves and Cleveland-Cliffs Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Caitlin M. Dunnett
Attorney for Plaintiffs