UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LOURENCO GONCALVES and CLEVELAND-CLIFFS INC., | ) ) ) ) | Case No. 1:24-cv-00673-JEG |
| Plaintiffs, | ) ) | JUDGE JAMES E. GRIMES JR. |
| v. | ) ) | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| GORDON JOHNSON. | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Lourenco Goncalves and Cleveland-Cliffs Inc. and Defendant Gordon Johnson, by and through their respective undersigned counsel, hereby jointly stipulate that Plaintiffs' cause of action against Defendant be and is dismissed in its entirety without prejudice. Each party shall assume and bear its own attorneys' fees, expenses, and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:   August 15, 2024

Respectfully submitted,


/s/  Robert S. Faxon
Robert S. Faxon (0059678)
Kristin S.M. Morrison (0085004)
Caitlin M. Dunnett (0102616)
JONES DAY
North Point
901 Lakeside Ave.
Cleveland, Ohio  44114
Telephone:     216-586-3939
Facsimile:      216-579-0212
E-mail:       rfaxon@jonesday.com
              kmorrison@jonesday.com
              cdunnett@jonesday.com

*Attorneys for Plaintiffs Lourenco Goncalves and Cleveland-Cliffs Inc.*

Dated:  August 15, 2024

Respectfully submitted,


/s/   John G. Farnan
John G. Farnan (0038558)
Mark F. Kruse (0029989)
Patrick M. Cannell (0097926)
WESTON HURD LLP
1300 East Ninth Street, Suite 1400
Cleveland, Ohio  44114
Telephone: 216.241.6602
Facsimile: 216.621.8369
E-mail: jfarnan@westonhurd.com
           mkruse@westonhurd.com
           pcannell@westonhurd.com

*Attorneys for Defendant Gordon Johnson*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of August, 2024, a copy of the foregoing Joint Stipulation of Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Caitlin M. Dunnett*
Attorney for Plaintiffs